UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

EDDIE SOTO, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,

        Plaintiff,

v.

A-1 REALTY MANAGEMENT, INC., JMA BUILDING CONSTRUCTION & REHAB, LLC, PETER J. ALIZIO, and PAUL ALIZIO,

        Defendants.

Case No.: 1:22-cv-06956

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated April 25, 2023, and annexed hereto as **Exhibit A**.

Dated: May 8, 2023

                                  Respectfully submitted,

                        By: _____
                                  C.K. Lee, Esq. (CL 4086)
                                  LEE LITIGATION GROUP, PLLC
                                  148 West 24th Street, 8th Floor
                                  New York, NY 10011
                                  Tel.: (212) 465-1188
                                  Fax: (212) 465-1181
                                  *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2023, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Allison C. Leibowitz
Simmons Jannace Deluca, LLP
43 Corporate Drive
Hauppauge, New York 11788
aleibowitz@sjdfirm.com
*Attorney for Defendants*

By: _____
C.K. Lee, Esq.