**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDDIE SOTO, *on behalf of himself, FLSA Collective Plaintiffs and the Class,* | |
| Plaintiff, | **Case No.**: 1:22-cv-06956 |
| v. | |
| A-1 REALTY MANAGEMENT, INC., JMA BUILDING CONSTRUCTION & REHAB, LLC, PETER J. ALIZIO, and PAUL ALIZIO, | **RULE 68 JUDGMENT** |
| Defendants. | |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants A-1 Realty Management, Inc., JMA Building Construction & Rehab, LLC, Peter J. Alizio, and Paul Alizio (collectively, the "Defendants"), having offered to allow Plaintiff Eddie Soto ("Plaintiff") to take a judgment against them, in the sum of Twenty-Two Thousand Five Hundred Dollars and No Cents ($22,500.00), to resolve all of Plaintiff's claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 25, 2023 and filed as Exhibit A to Docket Number 17;

**WHEREAS**, on May 8, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 17);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Eddie Soto, in the sum of $22,500.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 25, 2023 and filed as Exhibit A to Docket Number 17. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____May 11_____, 2023           _____s/ LDH_____
      New York, New York           Honorable LaShann DeArcy Hall, U.S.D.J.